```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION
```

SHEET METAL WORKERS NATIONAL  )
HEALTH FUND,                  )
                              )
    Plaintiff,                )
                              )
         v.                 )    NO. 3:10-0695
                              )
JACKIE CUNNINGHAM,            )    Judge Haynes/Bryant
                              )
    Defendant.                )

### O R D E R

        This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 4).

        An initial case management conference is set for **Monday, September 20, 2010,** at **10:00 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The parties shall file a proposed case management order three (3) business days prior to September 20, 2010.

        It is so **ORDERED**.

                                              s/ John S. Bryant
                                              JOHN S. BRYANT
                                              United States Magistrate Judge