UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ORDER
Motion granted in part. Initial case management conference rescheduled to October 12, 2010, at 10:30 a.m.
*s/ John S. Bryant*
U.S. Magistrate Judge

| | |
|---|---|
| SHEET METAL WORKERS NATIONAL HEALTH FUND, | ) ) ) |
| Plaintiff, | ) ) |
| v | ) ) |
| JACKIE CUNNINGHAM d/b/a STANDARD ROOFING & SHEET METAL, | ) ) ) |
| Defendant. | ) ) |

Case No. 3:10-0695

*Judge Haynes*
*Magistrate Judge Bryant*

## MOTION

Plaintiff moves the Court to cancel the case management conference presently set for Monday, September 20, 2010 at 10:00 a.m.

Defendant has not answered or otherwise responded to the complaint in this civil action, as a result of which Plaintiff has this date requested entry of default. Plaintiff is also in the process of preparing for filing a motion for preliminary injunction, and anticipates such filing will occur within the next few business days.

As a consequence of the foregoing, Plaintiff respectfully suggests because Defendant has not otherwise entered or participated in this civil action, the case management conference should be cancelled.

Respectfully submitted,

s/J. Gerard Stranch, IV
J Gerard Stranch, IV, BPR No. 23045
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North, 4th Floor
Nashville, TN 37201-1631
Tel. (615) 254-8801
Email: gstranch@branstetterlaw.com

{001184/10271/00206308.DOCX / Ver.1}