UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| Sheet Metal Workers' National Health Fund, | ) | |
| | ) | Civil Action No: 3:10-0695 |
| | ) | |
| Plaintiff | ) | |
| | ) | *Judge Haynes* |
| v. | ) | *Magistrate Judge Bryant* |
| | ) | |
| Jackie Cunningham d/b/a Standard Roofing & Sheet Metal, | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

ENTRY OF DEFAULT

Pending is Plaintiff's Request for Entry of Default Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure (FRCP) against Defendant (Docket Entry No. 10). A review of the record reveals that Defendant was served on August 9, 2010, and that since being served Defendant has failed to answer within the time period allowed by law. Entry of Default against Defendant is therefore appropriate.

Accordingly, for the reasons stated above, the Clerk hereby enters default pursuant to FRCP 55(a) against Defendant Jackie Cunningham d/b/a Standard Roofing & Sheet Metal. This is an entry of default only. No default judgment will be granted except upon further motion pursuant to FRCP 55(b).

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court