ORDER: motion granted. Initial case management conference CANCELED.

John Bryant, USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHEET METAL WORKERS NATIONAL HEALTH FUND, | ) ) ) |
| Plaintiff, | ) Case No. 3:10-0695 ) |
| v | ) *Judge Haynes* ) *Magistrate Judge Bryant* |
| JACKIE CUNNINGHAM d/b/a STANDARD ROOFING & SHEET METAL, | ) ) ) |
| Defendant. | ) ) |

## MOTION

This action is presently set for an initial case management conference on October 12, 2010 at 10:30 a.m (Docket Entry no. 9). Plaintiff moves the Court to cancel the case management conference for the following reasons.

Plaintiff has been unable to evoke any response from Defendant, and the Clerk has entered default (Docket Entry no. 12). Plaintiff has this date filed a motion for preliminary injunction and supporting memorandum and affidavit (Docket Entry nos. 14, 15 and 16). Until the Court acts upon the motion for preliminary injunction, there is little to consider in terms of case management, and until the Court acts, Plaintiff does not intend to engage in discovery or take any other action.