IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS NATIONAL HEALTH FUND, | ) ) ) | |
| Plaintiff, | ) ) | NO. 3:10-0695 JUDGE HAYNES |
| v. | ) ) | |
| JACKIE CUNNINGHAM, Defendant. | ) ) ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 20) that the Plaintiff, Sheet Metal Workers National Health Fund's motion for preliminary injunction and to waive security (Docket Entry No. 14) be granted. Defendant has not filed any objections to this report

After de novo review, the Court **ADOPTS** the Report and Recommendation (Docket Entry No. 20) and the Plaintiff's motion for preliminary injunction and to waive security (Docket Entry No. 14) is **GRANTED** and it is **ORDERED** that the Defendant shall submit reports and payments required under a collective bargaining agreement and to pay outstanding benefits owed to Defendant's employees.

It is so **ORDERED**.

ENTERED this the _5th_ day of May, 2011.

WILLIAM J. HAYNES, JR.
United States in Judge