UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHEET METAL WORKERS NATIONAL HEALTH FUND, | ) ) ) |
| Plaintiff, | ) ) |
| v | ) ) |
| JACKIE CUNNINGHAM d/b/a STANDARD ROOFING & SHEET METAL, | ) ) ) |
| Defendant. | ) ) |

Case No. 3:10-0695

*Judge Haynes*
*Magistrate Judge Bryant*

*[Handwritten: ORDER. This motion is GRANTED. [illegible signature] 9-6-11]*

**MOTION TO ENTER FINAL ORDER**

Plaintiff moves the Court to enter a final order permanently enjoining Defendant to submit reports and payments required under a collective bargaining agreement. The suggested form of the final order is attached.

The Court is requested to note that a preliminary injunction has entered (Docket Entry no. 23), and which also required Defendant to pay outstanding benefits to Defendant's employees. Defendant has made those payments, and has satisfied the preliminary injunction by submitting reports and payments required under the collective bargaining agreement.

It is therefore appropriate to enter a final order terminating this civil action and encompassing a permanent injunction.

Respectfully submitted,

s/J. Gerard Stranch, IV
J Gerard Stranch, IV, BPR No. 23045
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North, 4th Floor
Nashville, TN 37201-1631
Tel. (615) 254-8801
Email: gstranch@branstetterlaw.com