UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHEET METAL WORKERS NATIONAL HEALTH FUND, | ) ) ) |
| Plaintiff, | ) Case No. 3:10-0695 ) |
| v | ) *Judge Haynes* ) *Magistrate Judge Bryant* |
| JACKIE CUNNINGHAM d/b/a STANDARD ROOFING & SHEET METAL, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Pending before the Court is Plaintiff's motion to enter a final order containing a permanent injunction. The Court notes that Defendant was preliminarily enjoined to submit reports and payments required under a collective bargaining agreement (Docket Entry no. 23), and Plaintiff now represents that Defendant has paid all outstanding benefits owed to Defendant's employees. Accordingly, the Court agrees it is appropriate to enter a permanent injunction, and the Defendant is hereby permanently enjoined to submit reports and payments to Plaintiff as required under the collective bargaining agreement.

The Clerk is directed to administratively close this action.

IT IS SO ORDERED.

WILLIAM J. HAYNES, JR.
United States District Judge

9-6-11

{001184/10271/00225724.DOCX / Ver.1}   1

Case 3:10-cv-00695   Document 24-1   Filed 05/10/11   Page 1 of 2 PageID #: 58
Case 3:10-cv-00695   Document 26   Filed 09/07/11   Page 1 of 1 PageID #: 61